# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Olusegun B Leramo and Yvonne Ionie Leramo | **Case No :** | 12–40315 – D – 11 |
| | | **Date :** | 7/31/13 |
| | | **Time :** | 10:00 a.m. |
| **Matter :** | [57] – Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST–1] Filed by U.S. Trustee August B. Landis (Fee Paid $0.00) (dchf) <br> [57] – Motion/Application to Dismiss Case [UST–1] Filed by U.S. Trustee August B. Landis (dchf) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Robert S. Bardwil <br> Jennifer Tillery <br> Diamond Reporters <br> D | | |

**APPEARANCES for :**
**Movant(s) :**
    U.S. Trustee's Attorney – Judith Hotze
**Respondent(s) :**
(by phone)  Debtor(s) Attorney – Vincent A. Gorski
(by phone)  Creditor's Attorney – Matthew Clarke–U.S. Bank


MOTION was :
Granted
Findings of fact/conclusions of law stated orally on record

Chapter 11 Trustee to be appointed.

ORDER TO BE PREPARED BY :    U.S Attorney Judith Hotze